UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN KINGHORN,                          )
                                         )
            Plaintiffs,                   )      CIVIL ACTION NO.
                                         )      11-12078-DPW
v.                                       )
                                         )
THE GENERAL HOSPITAL CORPORATION,        )
a/k/a MASSACHUSETTS GENERAL              )
HOSPITAL,                                )
                                         )
            Defendant.                    )
                                         )


**JUDGMENT**


WOODLOCK, District Judge

     In accordance with this Court's Memorandum and Order of July

1, 2014, granting the defendants' Motion for Summary Judgment (Dkt.

No. 18),  for the reasons stated therein, it is hereby ORDERED,

ADJUDGED AND DECREED:


        **Judgment for the Defendant against the Plaintiff.**


                              BY THE COURT,

                              /s/ Jarrett Lovett
                              Deputy Clerk


DATED: July 1, 2014